**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL PRENDERGAST,

       Plaintiff(s),

  v.

ATLANTIC PACIFIC CAPITAL CORP.,

       Defendant(s).

_____/

No. C-04-2770 MEJ (JCS)

**NOTICE AND ORDER VACATING FURTHER SETTLEMENT CONFERENCE AND SETTING TELEPHONIC CONFERENCE**

(E-FILING CASE)

TO ALL PARTIES AND COUNSEL OF RECORD:

      As the parties to this matter have advised the Court that they have agreed to a settlement, it is hereby ORDERED that the Settlement Conference previously set for June 21, 2005, at 9:30 a.m., is VACATED.

      PLEASE TAKE NOTICE that a Telephonic Conference (with counsel only) has been set for **July 19, 2005, at 3:00 p.m.,** to discuss the status of the settlement process.  Chambers staff will initiate the teleconference.

      IT IS SO ORDERED.

Dated: June 17, 2005

                    /s/ Joseph C. Spero
                    JOSEPH C. SPERO
                    United States Magistrate Judge