UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PRENDERGAST, | No. C-04-2770 MEJ (JCS) |
|     Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING FURTHER TELEPHONIC CONFERENCE** |
| ATLANTIC PACIFIC CAPITAL CORP., | |
|     Defendant(s). | (E-FILING CASE) |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a Further Telephonic Conference (with counsel only) has been set for **August 2, 2005, at 3:00 p.m.,** to discuss the status of the settlement process. Chambers staff will initiate the teleconference.

IT IS SO ORDERED.

Dated: July 22, 2005

                                                /s/ Joseph C. Spero
                                              JOSEPH C. SPERO
                                              United States Magistrate Judge