1  JAMES J. BROSNAHAN (CA SBN 001193)
   ANGELA L. PADILLA (CA SBN 154863)
2  WILL B. FITTON (CA SBN 182818)
   DAVID E. MELAUGH (CA SBN 219477)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522
   Email: APadilla@mofo.com
6
   Attorneys for Plaintiff and Counterdefendant
7  DANIEL PRENDERGAST

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 | DANIEL PRENDERGAST,                            | Case No.   C-04-2770 MEJ
12 |              Plaintiff,                        | **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**
13 |       v.                                       |
14 | ATLANTIC PACIFIC CAPITAL
   | CORPORATION, a Delaware Corporation,
15 |
   |              Defendant.
16 |
17 | ATLANTIC-PACIFIC CAPITAL INC., a
   | Delaware Corporation,
18 |
   |              Counterclaimant,
19 |
   |       v.
20 |
   | DANIEL PRENDERGAST,
21 |
   |              Counterdefendant.
22

Case No. C-04-2770 MEJ
Stipulation of Dismissal
sf-1985186

1  Plaintiff and counterdefendant, DANIEL PRENDERGAST and Defendant and
2  Counterclaimant ATLANTIC-PACIFIC CAPITAL INC. have reached a settlement in this matter.
3  The parties consent to, and hereby request the immediate dismissal of this action, including all
4  claims and counterclaims herein, with prejudice. Each party waives any right to reopen the case.
5  The parties will bear their own costs and attorneys' fees.

Dated: August 23, 2005

JAMES J. BROSNAHAN
ANGELA L. PADILLA
WILL B. FITTON
DAVID E. MELAUGH
MORRISON & FOERSTER LLP

By: s/ Angela L. Padilla
    Angela L. Padilla

Attorneys for Plaintiff and
Counterdefendant
DANIEL PRENDERGAST

Dated: August 23, 2005

STEVEN M. KAYMAN
KEVIN J. PERRA
ROBERT H. HORN
JESSICA MASTROGIOVANNI
PROSKAUER ROSE LLP

By: _____
    Robert H. Horn

Attorneys for Defendant and
Counterclaimant
ATLANTIC-PACIFIC CAPITAL INC.

Case No. C-04-2770 MEJ
Stipulation of Dismissal
sf-1985186

1

## ORDER

IT IS SO ORDERED: The Clerk of Court shall close the file.

Dated: August 24, 2005

_____
The Honorable Maria Elena James
United States Magistrate Judge

